JOHNSON PUBLISHING COMPANY v. S. M. N. MARRS, STATE SUPERIN-
TENDENT OF PUBLIC INSTRUCTION.

(273 S. W., 794).

No. 4386.   Decided June 10, 1925.

School Text Books—Contract—Waiver and Election—Mandamus—Suit Against
State—Case Followed.

This case being governed by the rulings in Laidlaw Bros., Inc., v. Marrs,
114 Texas, 561, mandamus is awarded in accordance with the opinion therein,
which is approved and followed. (P. 575).

Original application to the Supreme Court, by Johnson Pub. Co.,
for writ of mandamus against Marrs, as State Superintendent of
Public Instruction.

*Chas. L. Black*, for relator.

*Dan Moody*, Attorney-General, and *Wright Morrow, C. A. Wheeler*,
and *L. C. Sutton*, Assistants (*W. G. Love*, of counsel), for respondent.

MR. JUSTICE PIERSON delivered the opinion of the court.

Relator seeks a mandamus against respondent to require him to do
and perform the ministerial or statutory duties which it has a legal
right to have performed in regard to its contract with the State of
Texas for the purchase of certain textbooks, to-wit: Child's World
Readers, by Withers, Browne, and Tate, as follows: "Child's World
Primer," "Child's World First Reader," "Child's World Second
Reader," "Child's World Third Reader."

The facts and the issues in this case are, in all material respects, the
same as in the case of Laidlaw Brothers, Incorporated, vs. S. M. N.
Marrs, State Superintendent, opinion delivered June 8, 1925   (114
Texas 561), and were given careful attention in the consideration of
that case.  For the reasons stated in that case, the writ of mandamus
is awarded herein.